Decided December 14, 2007

## ANTHONY VARCHETTA *v.* COMMISSIONER OF CORRECTION

The petitioner Anthony Varchetta's petition for certification for appeal from the Appellate Court, 104 Conn. App. 357 (AC 27616), is denied.

*Michael Zariphes,* special public defender, in support of the petition.

*Eileen F. McCarthy,* senior assistant state's attorney, in opposition.

Decided December 14, 2007